United States District Court
for the District of New York

RECEIVED
DEC 30 2015
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Frederick Banks, an American Indian & American Witch, )
    Plaintiff )
v. ) Civil Action No.
Donald Trump, a Presidential Candidate; )
Central Intelligence Agency, Defendants )
) JURY TRIAL DEMANDED

## Complaint

Plaintiff Frederick Banks, an American Indian & American Witch, warlock, and Wiccan who practices witchcraft files the foregoing Complaint and represents as follows;

1. Donald Trump, a Presidential Candidate during 2015 made statements and remarks that put American lives at risk in and out of the Continental USA including the Plaintiffs. Trump for example made a statement that all muslims should be banned from the USA and a registry of muslims should be established as an approximate result of this negligent statement Plaintiffs life was put at risk in and outside of the prison he is confined in and abroad because the statement caused Thuggy muslims to Act out on a plot for revenge and intimidation against all non-muslims including Plaintiff.

2. Trump had no idea at the time that he made the statements that he was in a CIA "Telepathic Behavior Modification" Program (See FOIA document and term at cia.gov) in which the CIA and its operators at federal contractor Booz Allen Hamilton working out of a NSA operations center in Hawaii used Synthetic Telepathy ("SIGINT" (Signals Intelligence)) to control and instigate and influence his outlandish behavior. The CIA sends wireless signals via sattellite w/ GPS tracking to influence and control a human organism by remote means. This Technology is reffered to by the general public as "Voice to Skull" ("V2k"), bio-electric sensors, Remote Neural Monitoring, Microwave Hearing, Frey Effect, Microwave Auditory Effect and Gang Stalking. See Interviews of

1 of 2

(The Preamble to the US Constitution "we the people" clause.) The CIA Office of Science and Technology is controlling Trump so that the GOP will lose and Hillary Clinton, the first woman will be elected.)

Dr. Robert Duncan, a CIA Scientist; Dr. John Hall, author of "Guinea Pigs" & "New Breed"; and Aaron Alexis, the Navy at Youtube.com (explaining Technology) Also see "Voice of God Weapons" at wired.com ("Allah told us to surrender") Compare with "The Twitter Killer" USA today article of 8/17/15 Statement of Vester Flannigan ("Jehovah told me to Act"). For this negligence and Intentional Infliction of emotional distress and negligent infliction of emotional distress Plaintiff was damaged in the amount of $468,000,000 (468 million Dollars).

Wherefore, Judgment should be entered for Plaintiff and against Defendants in the amount of 468 million along with costs, interest and fees. A Jury Trial should be ordered.

Respectfully Submitted,

Frederick Banks
120759
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219

PLAINTIFF